# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| ONTARIO DAVIS,<br><br>          Plaintiff,<br><br>v.<br><br>JOHN SCHOTT, ANDREW MOLINA, JOSEPH ESQUEDA, JOSE VIERA, KENNETH PETERS, DEREK L. VERNON, RYAN CARPENTER, VINCENT LOPEZ, CHRISTOPHER RANDAZZO, MATTHEW PHILLIPSON, TIMOTHY RABIDEAU, and MATTHEW OMALIA,<br><br>          Defendants. | Case No. 17-CV-1355-JPS<br><br><br><br>**ORDER** |

      On October 12, 2018, Defendant Kenneth Peters filed a motion for leave to amend his answer to Plaintiff's complaint. (Docket #47). The Court should grant such leave "freely . . . when justice so requires," and there is no reason to deny leave in this instance. Fed. R. Civ. P. 15(a)(2). The motion will, therefore, be granted.

      Accordingly,

      **IT IS ORDERED** that Defendant Kenneth Peters' motion for leave to amend his answer (Docket #47) be and the same is hereby **GRANTED**.

      Dated at Milwaukee, Wisconsin, this 16th day of October, 2018.

      BY THE COURT:

      _____
      J. P. Stadtmueller
      U.S. District Judge